IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LANCE BOLTON, :
    *Plaintiff*, :
 :
v. : CIVIL ACTION NO. 19-CV-6107
 :
PHILA. CITY COMMISSIONERS, *et al.,*:
    *Defendant*. :

## ORDER

AND NOW, this 7th day of April, 2020, upon consideration of Plaintiff Lance Bolton's Motion to Proceed *In Forma Pauperis* (ECF No. 6), Amended Complaint (ECF No. 7), and Request for Appointment of Attorney (ECF No. 3), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Amended Complaint is **DEEMED** filed.

    3.    The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

    4.    Bolton may file a second amended complaint within thirty (30) days of the date of this Order in the event that he can state plausible claims that cure the defects noted in the Court's Memorandum. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Bolton's claims against each defendant. The second amended complaint shall be a complete document that does not rely on the initial Complaint, Amended Complaint, or other

1

papers filed in this case to state a claim. Upon the filing of a second amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Bolton a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Alternatively, Bolton may access a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action on the Court's web, https://www.paed.uscourts.gov/documents/forms/frmc1983f.pdf. Bolton may use this form to file his second amended complaint if he chooses to do so and is reminded to mark all documents with "Civil Action 19-6107".

6. Bolton's Request for Appointment of Attorney (ECF No. 3) is **DENIED WITHOUT PREJUDICE** at this time.

7. If Bolton fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**